EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br>José M. González Cintrón | 2010 TSPR 80<br><br>178 DPR \_\_\_\_ |

Número del Caso: TS-6641


Fecha: 23 de abril de 2010


Abogado de la Querellada:

      Por derecho propio


Colegio de Abogados de Puerto Rico:

      Lcdo. Israel Pacheco Acevedo



Materia: Conducta Profesional
      (La suspensión será efectiva una vez advenga final y firme la Resolución, conforme la Regla 45 del Reglamento del Tribunal Supremo sobre Reconsideración).

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

José M. González Cintrón                TS-6641

RESOLUCIÓN

San Juan, Puerto Rico, a 23 de abril de 2010.

Mediante Resolución de 25 de enero de 2010 le concedimos un término al Lic. José M. González Cintrón para que mostrara causa por la cual no debía ser suspendido del ejercicio de la notaría por tener al descubierto su fianza notarial.

Transcurrido el término concedido, y en vista de que el notario no ha contestado nuestros requerimientos, se le suspende del ejercicio de la notaría hasta tanto acredite el pago de alguna fianza notarial.

Se ordena al Alguacil de este Tribunal que proceda inmediatamente a incautar la obra notarial del abogado.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


                         Aida Ileana Oquendo Graulau
                         Secretaria del Tribunal Supremo